# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:09-cv-00456-W

| | |
|---|---|
| RAYMOND E. BROWN and PAULA K. BROWN, ) ) ) Plaintiffs, ) ) vs. ) ) CAIN WATTERS & ASSOCIATES and ) DARRELL W. CAIN, ) ) Defendant. ) ) | ORDER |

THIS MATTER is before the Court on Plaintiffs' Motion for the Appointment of Arbitrators (Doc. No. 30). Following the submission of the motion, the parties were able to reach an agreement as to the selection of Christopher Nolland, Esq., of Dallas, Texas, to be the arbitrator in this matter. (Doc. No. 32). Therefore, Plaintiffs' motion is **DENIED AS MOOT**, and as previously ordered (Doc. No. 29), the parties shall submit their dispute to arbitration. Further, this matter is **STAYED** pending the completion of arbitration, which is directed as follows:

(1) this matter is assigned for binding arbitration before Mr. Christopher Nolland, Arbitrator Presiding;

(2) such proceeding shall be conducted in Dallas, Texas;

(3) the parties shall submit a status report every six months from the date of this Order informing the Court as to the stage of the arbitration proceedings and the anticipated date arbitration shall be completed;

(4) within thirty (30) days of the issuance of an arbitration award or other resolution of that proceeding, the parties' counsel, jointly and severally, shall reports the results

to the Court; and

(5)     this Court retains jurisdiction over this matter for purposes of confirmation of the award of the arbitrator.

.

IT IS SO ORDERED.

Signed: April 29, 2010

Frank D. Whitney
United States District Judge