**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:09-cv-00456-FDW-DSC**

| | |
|---|---|
| **RAYMOND E. BROWN and PAULA K. BROWN, Individually and as beneficiaries of their respective Individual Retirement Accounts and as Trustees of the Paula K. Brown Living Trust,** ) ) ) ) ) ) | |
| ) | **ORDER** |
| **Plaintiffs,** ) ) | |
| **vs.** ) ) | |
| **CAIN WATTERS & ASSOCIATES, P.L.L.C. and DARRELL W. CAIN,** ) ) ) | |
| **Defendants.** ) ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of this case. On April 29, 2010, the Court issued an order staying this case pending arbitration. (Doc. No. 33). The Court further directed the parties to "submit a status report every six months from the date of th[e] Order informing the Court as to the stage of the arbitration proceedings and the anticipated date arbitration shall be completed." (Doc. No. 33 at 1). Accordingly, the Court DIRECTS the parties to file a status report by Friday, October 29, 2010.

IT IS SO ORDERED.

Signed: October 13, 2010

Frank D. Whitney
United States District Judge