IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-00456-W

| | |
|---|---|
| RAYMOND E. BROWN and PAULA K. BROWN, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CAIN WATTERS & ASSOCIATES and )<br>DARRELL W. CAIN, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss (Doc. No. 36). For the reasons stated therein, the motion is GRANTED and this matter is DISMISSED WITH PREJUDICE. The Clerk is directed to CLOSE the case.

IT IS SO ORDERED.

Signed: April 26, 2011

Frank D. Whitney
United States District Judge